# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bauknight, Suzanne H. | U.S. Bankruptcy Court, Eastern District of Tennessee | 05/04/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

800 Market Street, Suite 330
Knoxville, TN 37902

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Employee (adjunct professor) | University of Tennessee College of Law, Knoxville, TN |
| 2. | Chair, Administrative Board | Powell United Methodist Church, Powell, TN |
| 3. | Chair, Next Generation Committee | National Conference of Bankruptcy Judges |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bauknight, Suzanne H. | 05/04/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 11/2017 | University of Tennessee College of Law - teaching | $3,300.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Powell United Methodist Church |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Tennessee Bar Association | 4/28/17 - 4/30/17 | Gatlinburg, TN | seminar faculty | lodging, meals, transportation |
| 2. | National Conference of Bankruptcy Judges | 3/15/17 - 3/16/17 | Charleston, SC | professional association meeting | lodging |
| 3. | Mid-South Commercial Law Institute | 11/29/17 - 12/1/17 | Nashville, TN | seminar faculty | lodging, meals, tuition |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bauknight, Suzanne H. | 05/04/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bard College at Simon's Rock | Tuition, Room & Board | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bauknight, Suzanne H. | 05/04/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. LPL Financial Trad'l IRA (H) | | | | | | | | | |
| 2. -Cash - Goldman Sachs | A | Interest | J | T | | | | | |
| 3. -PIMCO Income Cl A | A | Dividend | J | T | Buy (add'l) | 03/28/17 | J | | |
| 4. | | | | | Sold (part) | 09/19/17 | J | A | |
| 5. -American Funds American Balanced Cl F1 | A | Dividend | J | T | Sold (part) | 03/28/17 | J | A | |
| 6. -Capital Income Builder Cl F1 | A | Dividend | J | T | Buy (add'l) | 03/28/17 | J | | |
| 7. -Invesco Interm Mun Income | A | Dividend | J | T | Buy (add'l) | 03/28/17 | J | | |
| 8. -Invesco Equally Weighted S&P 500 Cl A | A | Dividend | J | T | Sold (part) | 03/28/17 | J | A | |
| 9. | | | | | Sold (part) | 09/19/17 | J | A | |
| 10. -Ishares Russell Mid Cap Growth ETF | A | Dividend | J | T | Sold (part) | 09/19/17 | J | A | |
| 11. -Lord Abbett Short Duration Income Cl A | A | Dividend | J | T | Buy (add'l) | 03/28/17 | J | | |
| 12. -Oppenheimer Intl Growth Cl A | A | Dividend | J | T | Buy (add'l) | 03/29/17 | J | | |
| 13. -Oppenheimer Developing Markets Cl A | A | Dividend | J | T | Sold (part) | 03/29/17 | J | A | |
| 14. -Powershares QQQ ETF | A | Dividend | J | T | Sold (part) | 03/28/17 | J | A | |
| 15. | | | | | Sold (part) | 09/19/17 | J | B | |
| 16. -Prudential Global Real Estate Cl A | A | Dividend | | | Sold | 03/28/17 | J | A | |
| 17. -Prudential Jennison MLP Cl A | A | Dividend | | | Buy (add'l) | 03/28/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bauknight, Suzanne H. | 05/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 12/27/17 | J | A | |
| 19.  -Ridgeworth SEIX Floating Rate High Income Cl A (renamed Virtus SEIX) | A | Dividend | | | Buy (add'l) | 03/28/17 | J | | |
| 20. | | | | | Sold | 09/19/17 | J | A | |
| 21.  -Wisdomtree Mid Cap Divident ETF | A | Dividend | J | T | Sold (part) | 09/19/17 | J | A | |
| 22.  -Pimco All Asset All Authority Cl A | A | Dividend | J | T | Buy (add'l) | 03/28/17 | J | | |
| 23.  -Invesco Int'l Growth Cl A | A | Dividend | J | T | Buy | 03/28/17 | J | | |
| 24.  -Powershares 1-30 Laddered Treasury ETF | A | Dividend | J | T | Buy | 09/19/17 | J | | |
| 25.  -Ishares Core S&P Small Cap ETF | A | Dividend | J | T | Buy | 09/19/17 | J | | |
| 26.  -Sierra Strategic Income CL | A | Dividend | J | T | Buy | 09/20/17 | J | | |
| 27.  -Sierra Core Retirement Income Cl A | A | Dividend | J | T | Buy | 09/20/17 | J | | |
| 28.  -Global X MLP & Energy Infrastructure | | None | J | T | Buy | 12/27/17 | J | | |
| 29.  LPL Financial ROTH IRA #2 (H) | | | | | | | | | |
| 30.  -Cash - Goldman Sachs | A | Interest | J | T | | | | | |
| 31.  -Ishares Core S&P Total US Stock Market ETF | A | Dividend | J | T | | | | | |
| 32.  -Blackrock Strategic Income Opptys Investors Cl A | A | Dividend | J | T | | | | | |
| 33.  -Pimco All Asset All Authority Cl A | A | Dividend | J | T | | | | | |
| 34.  Holston Methodist Fed'l CU (Cash Accounts) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bauknight, Suzanne H. | 05/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. 529 College: Rhode Island Hi Ed SVG CBF Age Aggressive Growth | A | Dividend | J | T | | | | | |
| 36. LPL Financial ROTH IRA #1(H) | | | | | | | | | |
| 37. -Cash - Goldman Sachs | A | Interest | J | T | | | | | |
| 38. -Oppenheimer Developing Markets Cl A | A | Dividend | J | T | Sold (part) | 03/29/17 | J | A | |
| 39. -PIMCO Income Cl A | A | Dividend | J | T | Buy (add'l) | 03/28/17 | J | | |
| 40. -Prudential Global Real Estate Cl A | A | Dividend | | | Sold | 03/28/17 | J | A | |
| 41. -Ishares Russell Mid Cap Growth ETF | A | Dividend | J | T | | | | | |
| 42. -Invesco Interm Term Mun Income Cl A | A | Dividend | J | T | Buy (add'l) | 03/28/17 | J | | |
| 43. -Lord Abbett Short Duration Income Cl A | A | Dividend | J | T | Buy (add'l) | 03/28/17 | J | | |
| 44. -Oppenheimer Int'l Growth Cl A | A | Dividend | J | T | Sold (part) | 03/29/17 | J | A | |
| 45. -Prudential Invt 18 Jennison MLP Cl A | A | Dividend | | | Buy (add'l) | 03/28/17 | J | | |
| 46. | | | | | Sold | 12/27/17 | J | A | |
| 47. -Pimco All Asset All Authority Cl A | A | Dividend | J | T | Buy (add'l) | 03/28/17 | J | | |
| 48. -Ridgeworth SEIX Floating Rate High Income Cl A (renamed Virtus SEIX) | A | Dividend | | | Buy (add'l) | 03/28/17 | J | | |
| 49. | | | | | Sold | 09/19/17 | J | A | |
| 50. -Powershares QQQ ETF | A | Dividend | J | T | Sold (part) | 09/19/17 | J | A | |
| 51. -Wisdomtree Mid Cap Dividend ETF | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bauknight, Suzanne H. | 05/04/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -Invesco Equally Weighted S&P 500 Cl A | A | Dividend | J | T | Sold (part) | 03/28/17 | J | A | |
| 53.  -American Funds American Balanced Cl A | A | Dividend | J | T | Buy (add'l) | 03/28/17 | J | | |
| 54.  -Capital Income Builder Cl F1 | A | Dividend | J | T | Sold (part) | 03/28/17 | J | A | |
| 55.  -Invesco Int'l Growth Cl A | A | Dividend | J | T | Buy | 03/28/17 | J | | |
| 56.  -Powershares I-30 Laddered Treasury ETF | A | Dividend | J | T | Buy | 09/19/17 | J | | |
| 57.  -Ishares Core S&P Small Cap | A | Dividend | J | T | Buy | 09/19/17 | J | | |
| 58.  -Sierra Core Retirement Cl A | A | Dividend | J | T | Buy | 09/20/17 | J | | |
| 59.  -Sierra Strategic Income Cl A | A | Dividend | J | T | Buy | 09/20/17 | J | | |
| 60.  -Global X MLP & Energy Infrastructure | | None | J | T | Buy | 12/27/17 | J | | |
| 61.  LPL Financial (Cash Account) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bauknight, Suzanne H. | 05/04/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Suzanne H. Bauknight**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544